DOCKET NUMBER: 06 CR 91 (SLT)

CRIMINAL CAUSE FOR **Pleading**

Date Received By Docket Clerk: _____   Docket Clerk Initials: _____

BEFORE JUDGE: **Pollak**   DATE: **2-11-14**   TIME IN COURT **0** HRS **31** MINS

DEFENDANT'S NAME: **William Cardenas Forero**   DEFENDANTS # _____

☒ Present ☐ Not Present ☒ Custody ☐ Not Custody

DEFENSE COUNSEL: **Howard Leader**

☐ Federal Defender ☐ CJA ☒ Retained

A.U.S.A.: **Robert Polemeni**   PRETRIAL/PROBATION OFFICER _____

COURT REPORTER: Or (ESR OPERATOR) **Eve Weissman**   TAPE LOG **2:10 - 2:41**

INTERPRETER: **Rosa Olivera**   LANGUAGE: **Spanish**

☐ Arraignment
☒ Change of Plea Hearing (~Util-Plea Entered)
☐ In Chambers Conference
☐ Pre Trial Conference
☐ Initial Appearance
☐ Status Conference
☐ Telephone Conference
☐ Voir Dire Begun   ☐ Voir Dire Held   ☐ Jury selection   ☐ Jury trial
☐ Jury Trial Death Penalty   ☐ Sentence enhancement Phase   ☐ Bench Trial Begun
☐ Bench Trial Held   ☐ Bench Trial Completed   ☐ Motion Hearing Non Evidentiary
☐ Revocation of Probation non contested
☐ Revocation of Probation contested
☐ Sentencing non-evidentiary
☐ Sentencing Contested
☐ Revocation of Supervised Release evidentiary
☐ Revocation of Supervised Release non-evidentiary

☐ Other Evidentiary Hearing Contested   TYPE OF HEARING _____

## UTILITIES

☐ ~Util-Plea Entered   ☐ ~Util-Add terminate Attorneys   ☐ ~Util-Bond Set/Reset
☐ ~Util-Exparte Matter   ☐ ~Util-Indictment Un Sealed   ☐ ~Util-Information Unsealed
☐ ~Util-Set/Reset Deadlines   ☐ ~Util-Set/Reset Deadlines/Hearings
☐ ~Util-Set/Rest Motion and R&R Deadlines/Hearings   ☐ ~Util-Terminate Motions
☐ ~Util-Terminate Parties
☐ ~Util-Set/Reset Hearings

Speedy Trial Start: _____   Speedy Trial Stop: _____   CODE TYPE: _____

Do these minutes contain ruling(s) on motion(s)? ☐   YES   ☒ NO
TEXT

Pled Guilty to Count S-3, conspiracy to distribute cocaine